IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01258-PSF-MJW

PAUL EDWARD SCHMALTZ; and
PATRICIA LYNN SCHMALTZ,

    Plaintiffs,

v.

LISA WREN, as agent for Crabtree & Company,

    Defendant.

_____

**ORDER**
_____

    Plaintiffs' Objection to Order of Reference to United States Magistrate Judge (Dkt. # 6) is OVERRULED.

    DATED: August 17, 2006.

                                  BY THE COURT:

                                  *s/ Phillip S. Figa*

                                  _____
                                  Phillip S. Figa
                                  United States District Judge